**Opinion issued February 27, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00933-CV

———————————

**STEPHANIE GARCIA AND JOSE MONSEBIAZ, II INDIVIDUALLY AND AS NEXT FRIED OF J.M., A MINOR CHILD, Appellants/Cross Appellees**

**V.**

**JUNE WILLIAMS COLEMAN, M.D., Appellee/Cross Appellant**

———————————

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-69841**

———————————

## MEMORANDUM OPINION

By order dated February 4, 2024, we dismissed the appeal between appellants and appellee. Cross-appellant has now filed an unopposed motion to

dismiss her appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1).  No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal in all things. *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.